AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00201 |
| JAMES DOUGLAS RAHM JR | ) Assigned to: Judge Harvey, G. Michael |
|  | ) Assign Date: 2/4/2021 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
|  | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **JAMES DOUGLAS RAHM**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly and with intent to impede or disrupt the orderly conduct of Government business or official functions;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
40 U.S.C. § 5104(e)(2)(D) & (G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date: 02/04/2021

*Issuing officer's signature*

G. Michael Harvey
2021.02.04 17:08:03 -05'00'

City and state:   Washington, D.C.        G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/4/2021 , and the person was arrested on *(date)* 2/5/2021
at *(city and state)* Philadelphia, PA .

Date: 2/5/2021

*Arresting officer's signature*

SA Patrick Mutetele, FBI
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | |
| | : | **NO.  MAG NO.  21-235-M** |
| **JAMES DOUGLAS RHAM, Jr.** | : | |

**CONDITIONS OF RELEASE ORDER**

| **BAIL** |
|---|

Defendant is **released on bail** in the amount of: $ 100,000
      x     **O/R**
           **cash**
           **secured by**:
               % cash
               property at:
               **Clerk's office requirements are not waived.**  Execute an Agreement to Forfeit the Property stated above with a copy of the deed as indicia of ownership.

| **PRETRIAL SERVICES** |
|---|

      Defendant shall report to Pretrial Services:
           X     **as directed** by Pretrial Services.
               times per week **in person**.
               times per week **via telephone**.

      Defendant shall attend mental health services under the guidance and supervision of Pretrial Services.
  X   Defendant shall submit to **random drug testing** as directed by Pretrial Services.
  X   Defendant shall refrain from excessive use of alcohol or from any use of a narcotic drug or other controlled substance, as defined in Section 102 of the Controlled Substances Act, 21 U.S.C. § 802, without a prescription by a licensed medical practitioner.
      Defendant shall undergo **drug/alcohol treatment** if necessary as determined by Pretrial Services.
      Defendant shall submit to **location monitoring** at the following address:

_____

      This Court, based upon evidence that Defendant has adequate financial resources, finds that he/she shall pay all or part of the cost of the court-ordered monitoring program, in an amount to be specified by Pretrial Services.

      **Curfew.** You are restricted to your residence every day from_____ to _____, during which electronic monitoring will be in place, or as directed by the pretrial services office or supervising officer.

    _____**Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer;

    _____**Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

## PASSPORT

    \_\_X\_\_ Defendant shall surrender and/or refrain from obtaining a **passport**.

## TRAVEL

    _____ Travel is restricted to the **Eastern District of Pennsylvania**.
    \_\_XX\_\_ Travel is restricted to the **Eastern District of Pennsylvania, and the District of New Jersey.  The defendant may travel to the District of Columbia only for case-related appearances and may not enter the District of Columbia at any other time.**
    _____ Unless prior permission is granted by Pretrial Services.

## FIREARMS

  \_XX\_\_\_\_ Defendant shall surrender and/or refrain from obtaining any firearms.  Any other firearms in any premises where the defendant resides while on supervised release must be removed from the premises and no firearms are to be brought into the premises during this period.  The defendant shall execute a completed Prohibition on Possession of Firearms Agreement.

## MISCELLANEOUS

    _____ Defendant shall have no contact with **co-defendants**, **potential witnesses** in this case, or individuals engaged in any **criminal activity**.
    _____ Defendant must maintain present **employment**.
    _____ Defendant must **actively seek** gainful employment.
    _____ Defendant shall undergo a **mental competency evaluation**.
    _____ Defendant must reside:

        **at**: _____

        **with**: _____

 X\_\_\_\_ Must reside at a dwelling approved by Pretrial Services.

## COMPUTERS/INTERNET

    _____The Defendant is subject to the following computer/internet restrictions which are to

be monitored by U.S. Pretrial Services and may include manual inspection, use of minimally invasive internet detection devices, and/or installation of computer monitoring software to insure compliance with the imposed restrictions.

      **No computer**: The Defendant is prohibited from possession and/or use of any computers and connected devices.

      **Computer, no internet access**: The Defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (as World Wide Web, FTP sites, IRC servers, instant messaging).

      **Computer with internet access**: The Defendant is permitted use of computers or connected devices, is permitted access to the internet for legitimate purposes, and is responsible for any fees connected with the installation and use of monitoring software.

      **Other Residents**: By consent of other residents, all computers located at the address of record shall be subject to inspection to insure the equipment is password protected.

      **Other Restrictions**:

**OTHER CONDITIONS:**

As a further condition of release, defendant shall not commit a Federal, State, or local crime during the period of release. The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than 10 years, if the offense is a felony; or a term of imprisonment of not more than 1 year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

**The defendant shall appear in Magistrate's Court in the District of Columbia on February 19, 2021, at 1:00 PM. The defendant shall appear remotely by following the instructions provided for the remote connection**.

Any violation of the conditions of release may result in revocation of bail and imprisonment pending trial.


    *s/ Albert S. Glenn*
AUSA                                                       DEFENSE ATTORNEY

It is so ORDERED this   5th   day of February, 2021.


BY THE COURT:


  *s/Richard A. Lloret*
RICHARD A. LLORET
UNITED STATES MAGISTRATE

Last Revised: 10/01/18

2/25/2021, Case 1:21-mj-00201-GMH Document 5 Filed 02/12/21 Page 5 of 6
United States District Court Eastern District of Pennsylvania

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Philadelphia)
# CRIMINAL DOCKET FOR CASE #: 2:21-mj-00235 All Defendants

Case title: USA v. RAHM

Date Filed: 02/05/2021
Date Terminated: 02/05/2021

Assigned to: Unassigned

**Defendant (1)**

**JAMES DOUGLAS RAHM**
*TERMINATED: 02/05/2021*

represented by **MYTHRI A. JAYARAMAN**
FEDERAL COMMUNITY DEFENDER
601 WALNUT STREET, SUITE 540 WEST
PHILADELPHIA, PA 19106
215-928-1100
Email: mythri_jayaraman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

18:1752(a)(1) - KNOWINGLY ENTERING OR REMAINING IN ANY RESTRICTED BUILDING OR GROUNDS WITHOUT LAWFUL AUTHORITY; 18:1752(a)(2) - KNOWINGLY AND WITH INTENT TO IMPEDE OR DISRUPT THE ORDERLY CONDUCT OF GOVERNMENT BUSINESS OR OFFICIAL FUNCTIONS; 18:1512(c)(2) - OBSTRUCTION OF JUSTICE/CONGRESS; 40:5104(c)(2)(D)

**Disposition**

& (G) - VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **ALBERT S. GLENN**<br>U.S. DEPARTMENT OF JUSTICE<br>615 CHESTNUT STREET<br>SUITE 1250<br>PHILADELPHIA, PA 19106-4476<br>TEL 215-861-8900<br>Fax: FAX 215-861-8618<br>Email: albert.glenn@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/05/2021 | | Arrest (Rule 40) of JAMES DOUGLAS RAHM (mac, ) (Entered: 02/08/2021) |
| 02/05/2021 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE RICHARD A. LLORET: Initial Appearance/Removal/AC/Identity/Detention Hearing in Rule 5(c)(3) Proceedings as to JAMES DOUGLAS RAHM held on 2/5/21. The Government has established pc. The Defendant stipulated to pc. The Government and Defendant have agreed to conditions of release. See attached Conditions of Release Order. Signed by Judge Richard A. Lloret.Court Reporter ESR.(mac, ) (Entered: 02/08/2021) |
| 02/05/2021 | 2 | CJA 23 Financial Affidavit filed by JAMES DOUGLAS RAHM. (mac, ) (Entered: 02/08/2021) |
| 02/05/2021 | 3 | O/R Bond Entered as to JAMES DOUGLAS RAHM in amount of $ 100,000, (mac, ) (mac, ). (Entered: 02/08/2021) |
| 02/05/2021 | 4 | ORDER SETTING CONDITIONS OF RELEASE AS TO JAMES DOUGLAS RAHM (1) THAT DEFENDANT IS RELEASED ON BAIL IN THE AMOUNT OF $100,000 O/R WITH THE FOLLOWING CONDITIONS AS OUTLINED HEREIN. Signed by MAGISTRATE JUDGE RICHARD A. LLORET on 2/5/20.2/8/20 Entered and Copies E-Mailed. (mac, ) (Entered: 02/08/2021) |
| 02/12/2021 | | ***TRANSFERRED CASE as to JAMES DOUGLAS RAHM TO THE DISTRICT OF COLUMBIA. (ap, ) (Entered: 02/12/2021) |