UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff; | ) |
| | ) |
| | ) Case No. 21-MJ-201 (RMM) |
| v. | ) |
| | )   UNDER SEAL |
| | ) |
| JAMES DOUGLAS RAHM, JR., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.  Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

   /s/
_____
UBONG AKPAN
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that a copy of the foregoing Notice of Appearance has been served on counsel for the government, Assistant United States Attorney, Kimberly Paschall on this 25th day of February 2021, by electronic email to Kimberly.Paschall@usdoj.gov.

/s/
Ubong Akpan
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.   20004
(202) 208-7500